1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| 10  GARY GIBSON, individually and on behalf of all others similarly situated,  11  Plaintiff,  12  vs.  13  JAGUAR LAND ROVER NORTH AMERICA, LLC, and DOES 1 through 10, inclusive,  14  15  Defendants.  16  17 | Case No.: 2:20-cv-00769-CJC-GJS  **CLASS ACTION**  **ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO FILE SECOND AMENDED COMPLAINT**  Judge: Hon. Cormac J. Carney |

18
19
20
21
22
23
24
25
26
27
28

---

ORDER GRANTING STIPULATION TO EXTEND
PLAINTIFF'S DEADLINE TO FILE SECOND AMENDED COMPLAINT

\\DC - 029018/000133 - 14990350 v2

1 **ORDER**

2    Having read and considered the Parties' Stipulation to Extend Plaintiff's Deadline to File
3 Second Amended Complaint, the Stipulation is hereby GRANTED, and the Court orders as
4 follows:

5    1) The deadline for Plaintiff to file his Second Amended Complaint is extended from
6       April 1, 2020, to **May 15, 2020**,

8 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10 Dated:   March 31, 2020

                                    Hon. Cormac J. Carney
                                    United States District Judge