Jordan L. Lurie, SBN 130013
jllurie@pomlaw.com
Ari Y. Basser, SBN 272618
abasser@pomlaw.com
POMERANTZ LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 432-8492

Attorneys for Plaintiff Gary Gibson
(Additional counsel listed on the signature page)

Brian Takahashi, SBN 146505
Brian.Takahashi@bowmanandbrooke.com
Bryan A. Reynolds, SBN 296434
Bryan.Reynolds@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
970 W 190th Street, Suite 700
Torrance, CA 90502
Telephone: (310) 380-6504
Facsimile: (310) 719-1019

Attorneys for Defendant Jaguar Land Rover North
America, LLC (Additional counsel listed on the
signature page)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GIBSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00769-CJC-GJS<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL**<br><br>Judge: Hon. Cormac J. Carney |

NOTICE OF SETTLEMENT AND STIPULATION
OF DISMISSAL

Plaintiff Gary Gibson ("Plaintiff") and Defendant Jaguar Land Rover North America, LLC ("Defendant") (together, "the Parties"), by and through their respective attorneys of record, hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims asserted individually by Plaintiff Gary Gibson are dismissed with prejudice, and the putative class claims are dismissed without prejudice. Each side to be responsible for and bear its own costs and expenses.

**IT IS SO STIPULATED**.

Dated: July 21, 2022                                Respectfully Submitted,

By: /s/ Ari Y. Basser
Jordan L. Lurie, SBN 130013
jllurie@pomlaw.com
Ari Y. Basser, SBN 272618
abasser@pomlaw.com
POMERANTZ LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 432-8492

Robert L. Starr, SBN 183052
robert@starrlaw.com
THE LAW OFFICE OF ROBERT L. STARR
23901 Calabasas Road, Suite 2072
Calabasas, CA 91302

Attorneys for Plaintiff Gary Gibson

By: /s/ Bryan A. Reynolds
Brian Takahashi, SBN 146505
Brian.Takahashi@bowmanandbrooke.com
Bryan A. Reynolds, SBN 296434
Bryan.Reynolds@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
970 W 190th Street, Suite 700
Torrance, CA 90502
Telephone: (310) 380-6504
Facsimile: (310) 719-1019

Michael L. Kidney*
michael.kidney@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street Northwest
Washington, D.C. 20004
Telephone: (202) 637-5883
Facsimile: (202) 637-5910

* admitted *pro hac vice*

Attorneys for Defendant Jaguar Land Rover North America, LLC

NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL

\\DC - 029018/000133 - 16879605 v4

**ATTESTATION OF SIGNATURE**

In accordance with Civil Local Rule 5-4.3.4, I attest that concurrence in the filing of this document has been obtained from all parties.

Dated:  July 21, 2022

By:  /s/ Bryan A. Reynolds
Bryan A. Reynolds

NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL

\\DC - 029018/000133 - 16879605 v4